**NOT FOR PUBLICATION WITHOUT THE**
**APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-1181-17T3

HACKENSACK CITY,

    Plaintiff-Respondent,

v.

BERGEN COUNTY,

    Defendant-Appellant.

_____

        Submitted October 29, 2018 – Decided November 16, 2018

        Before Judges Messano, Gooden Brown and Rose.

        On appeal from Tax Court of New Jersey, Docket No. 12823-94.

        Santo T. Alampi, attorney for appellant.

        O'Donnell McCord, PC, attorneys for respondent (Jason A. Cherchia, on the brief).

PER CURIAM

We have been advised prior to argument that this matter has been amicably adjusted and the parties have stipulated to the dismissal of this appeal. Accordingly, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing
is a true copy of the original on
file in my office.

CLERK OF THE APPELLATE DIVISION

A-1181-17T3